UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Tara Funderburg,

                Defendant.

---

7:17-MJ-3751(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on June 15, 2017, accepted the defendant's plea of guilty to a violation of New York Vehicle and Traffic Law §509.1, unlicensed operation, in full satisfaction of the Misdemeanor Complaint filed on May 18, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $75.00 to be paid by July 19, 2017 or appear on July 20, 2017.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: <u>Nunc Pro Tunc to June 15, 2017</u>
        Poughkeepsie, N.Y.